|   |   |   |
|---|---|---|
| 1 | Jennifer K. Oetter, WSBA #26140<br>Jennifer.Oetter@lewisbrisbois.com | Hon. Thomas O. Rice |
| 2 | Rachel A. Robinson, WSBA #45124<br>Rachel.Robinson@lewisbrisbois.com | |
| 3 | LEWIS BRISBOIS BISGAARD & SMITH LLP | |
| 4 | 888 SW Fifth Avenue, Suite 900<br>Portland, Oregon 97204-2025 | |
| 5 | Phone 971.712.2800<br>Fax 971.712.2801 | |

Attorneys for Providence Health & Services - Washington

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| CYDE MARIE ESTES,<br><br>    Plaintiff,<br><br>vs.<br><br>PROVIDENCE HEALTH & SERVICES - WASHINGTON, d/b/a PROVIDENCE ST. MARY MEDICAL CENTER, and d/b/a PROVIDENCE MEDICAL GROUP SOUTHEAST WASHINGTON NEUROSURGERY, and JASON A. DREYER, D.O., and JANE DOE DREYER, husband and wife and the marital community thereof,,<br><br>    Defendants. | Civil Action No. 4:21-CV-05042-tor<br><br>**DEFENDANT PROVIDENCE HEALTH & SERVICES - WASHINGTON'S MOTION FOR FRE 502(d) ORDER**<br><br>**8/4/2022**<br>**Without Oral Argument** |

    Defendant Providence Health & Services – Washington expects that documents and information containing: confidential or private information, materials that contain protected health information ("PHI") as defined under the federal Health Insurance Portability & Accountability Act of 1996 ("HIPAA") and state law, materials which contain information protected by peer review and quality assurance state laws, and materials which contain information protected by the attorney-client privilege and/or work product privilege may be exchanged in

4868-8865-8983.1

DEFENDANT PROVIDENCE HEALTH & SERVICES - WASHINGTON'S MOTION FOR FRE 502(d) ORDER - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
971.712.2800

1  this matter. Due to the nature of the information at issue in this case and the
2  volume of material, there is a danger of inadvertent disclosure of privileged or
3  otherwise confidential communications or information. For this and other reasons,
4  there is good cause for entry of a court order protecting against inadvertent
5  disclosure of privileged communications or information pursuant to Federal Rule
6  of Evidence 502(d). Defendant moves the court for entry of an order pursuant to
7  FRE 502(d).

DATED this 5th day of July, 2022     LEWIS BRISBOIS BISGAARD & SMITH LLP

            s/Jennifer K. Oetter
Jennifer K. Oetter, WSBA #26140
Jennifer.Oetter@lewisbrisbois.com
Rachel A. Robinson, WSBA #45124
Rachel.Robinson@lewisbrisbois.com
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Phone 971.712.2800
Fax 971.712.2801

Attorneys for Providence Health & Services - Washington

4868-8865-8983.1

DEFENDANT PROVIDENCE HEALTH & SERVICES - WASHINGTON'S MOTION FOR FRE 502(d) ORDER - 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
971.712.2800