Jennifer K. Oetter, WSBA #26140
Jennifer.Oetter@lewisbrisbois.com
Rachel A. Robinson, WSBA #45124
Rachel.Robinson@lewisbrisbois.com
Sarah L. Desautels, WSBA #57659
Sarah.Desautels@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Phone 971.712.2800
Fax 971.712.2801

Attorneys for Providence Health & Services - Washington

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

# AT SPOKANE

| | |
|---|---|
| CYDE MARIE ESTES,<br><br>    Plaintiff,<br><br>vs.<br><br>PROVIDENCE HEALTH & SERVICES - WASHINGTON, d/b/a PROVIDENCE ST. MARY MEDICAL CENTER, and d/b/a PROVIDENCE MEDICAL GROUP SOUTHEAST WASHINGTON NEUROSURGERY, and JASON A. DREYER, D.O., and JANE DOE DREYER, husband and wife and the marital community thereof,,<br><br>    Defendants. | Civil Action No. 4:21-CV-05042-tor<br><br>**(PROPOSED) RULE 502(d) ORDER** |

Thomas O. Rice, United States Magistrate Judge:

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case

4869-5144-3992.1
(PROPOSED) RULE 502(d) ORDER - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
971.712.2800

1  or in any other federal or state proceeding.  This Order shall be interpreted to
2  provide the maximum protection allowed by Federal Rule of Evidence 502(d).
3      2. Nothing contained herein is intended to or shall serve to limit a party's
4  right to conduct a review of documents, ESI or information (including metadata)
5  for relevance, responsiveness and/or segregation of privileged and/or protected
6  information before production.
7      SO ORDERED.
8  DATED: _____, 2022

_____

_____
Thomas O. Rice
United States Magistrate Judge

Copies **by ECF** to: All Counsel
                   Judge Thomas O. Rice

4869-5144-3992.1
(PROPOSED) RULE 502(d) ORDER - 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
971.712.2800