UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CYDE MARIE ESTES,

Plaintiff,

v.

PROVIDENCE HEALTH & SERVICES - WASHINGTON, d/b/a PROVIDENCE ST. MARY MEDICAL CENTER, and d/b/a PROVIDENCE MEDICAL GROUP SOUTHEAST WASHINGTON NEUROSURGERY, and JASON A. DREYER, D.O., and JANE DOE DREYER, husband and wife and the marital community thereof,

Defendants.

NO. 4:21-CV-5042-TOR

ORDER GRANTING IN PART DEFENDANT'S MOTION FOR FEDERAL RULE OF EVIDENCE 502 ORDER

BEFORE THE COURT is Defendant Providence Health & Services – Washington's Motion for FRE 502(d) Order. ECF Nos. 50, 51. This matter was submitted for consideration without oral argument. The Court has reviewed the

record and files herein and is fully informed. For the reasons discussed below, Defendant's Motion is **GRANTED in part.**

**DISCUSSION**

Plaintiff opposes the motion for several reasons. First, Plaintiff contends the Protective Order previously entered already covers inadvertent disclosure and therefor is unnecessary. Second, Plaintiff contends the proposed order is over broad, vague and attempts to predetermine the effect of any disclosure "inadvertent or otherwise" without regard to the test set forth in the Rule. Finally, Plaintiff opposes the order because it appears to be an attempt to further delay production of documents.

To the extent an additional protective order would be redundant, there would be no harm to either party. To the extent the proposed order is over broad, vague and not in accordance with the Rule, the Court will fashion the Order to track the language of the Rule. Entry of this Order should assist timely production of discovery.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Federal Rule of Evidence 502(d) the attorney-client privilege and the work-product protection "is not waived by disclosure connected with the litigation pending before the court—in which event the disclosure is also not a waiver in any other federal or state proceeding."

2. Each party to bear their own costs and expenses concerning this motion.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED August 3, 2022.




THOMAS O. RICE
United States District Judge